# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID LEE SMITH,

    Plaintiff,

v.                                                                  CASE NO. 4:07cv156-RH/WCS

FLORIDA JUDICIAL
QUALIFICATION COMMISSION,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 8), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The prior order granting plaintiff leave to proceed in forma pauperis is vacated. All pending motions are denied. The clerk shall enter judgment stating, "This action is dismissed without prejudice for failure to pay the filing

fee." The clerk shall close the file.

SO ORDERED this 3d day of June, 2007.

<u>s/Robert L. Hinkle</u>  
Chief United States District Judge